## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VERNON HARRIS, JR.,<br>*Plaintiff,*<br><br>v.<br><br>COLONADE SENIOR DEVELOPMENT, LLC,<br>*Defendant.* | Civil Number: **23-cv-3363-RJD** |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 28, 2023, this case is DISMISSED without prejudice. Each party to bear their own costs.

**DATED:  November 28, 2023**

MONICA A. STUMP
CLERK OF COURT

By: *s/Jamie Melson*
Deputy Clerk

**APPROVED:**

*s/ Reona J. Daly*
HON. REONA J. DALY
UNITED STATES MAGISTRATE JUDGE